IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK CINACIOLO,

    Plaintiff,

v.                                                            CASE NO. 1:11-cv-00196-SPM-GRJ

AVMED, INC. D/b/a
AVMED HEALTH PLANS,

    Defendant.
_____ /

## **O R D E R**

      Pending before the Court is Defendant's Motion For Court Approval of Stipulation For The Protection And Exchange of Confidential Information And Documents. (Doc. 17.)  The parties have entered into a stipulation for the protection and exchange of confidential information and documents, a copy of which is attached to Defendant's motion as Exhibit "A."  As part of Plaintiff's job duties during his employment with AvMed, Plaintiff had access to personal health information of individuals, which is protected by applicable HIPAA Privacy Rules. Additionally, during Plaintiff's employment with AvMed, Plaintiff had access to certain confidential business information. Consequently, the parties have entered into a stipulation to facilitate the use of this information during this litigation while maintaining safeguards to prevent public disclosure.

      The Court has reviewed the Motion and Stipulation and finds that good cause has been shown for the entry of a protective order.

      Accordingly, upon due consideration, it is **ORDERED** that:

Defendant's Motion For Court Approval of Stipulation For The Protection And Exchange of Confidential Information And Documents (Doc. 17) is **GRANTED**. The Stipulation For the Protection And Exchange of Confidential Information and Documents, a copy of which is attached to Defendant's Motion as Exhibit "A," is adopted as an order of this Court.

**DONE AND ORDERED** this 16th day of December, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge