IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK CIANCIOLO, D.O.,

    Plaintiffs,

v.                                  CASE NO.: 1:11cv196-SPM/GRJ

AVMED, INC. d/b/a
AVMED HEALTH PLANS,

    Defendants.
_____/

## ORDER ON NOTICE OF CONFLICT WITH TRIAL DATE

THIS CAUSE came before the Court upon Defendant's notice of conflict with the August 13, 2012 trial date. Doc. 14. Counsel for Defendant shall advise this Court in writing on June 1, 2012 if the conflict noted still exists.

DONE ORDERED this 28th day of December, 2011.

                                      *S/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Senior United States District Judge