IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK CIANCOLO, D.O.,

    Plaintiff,

v.                                          CASE NO. 1:11-cv-196-SPM-GRJ

AVMED, INC., d/b/a
AVMED HEALTH PLANS,

    Defendant.

_____/

## O R D E R

This matter is before the Court upon Defendant's Unopposed Motion For Extension Of Time To File Response In Opposition To Plaintiff's Amended Motion To Compel Production of Documents. (Doc. 28.) Defendant requests an extension of time until March 19, 2012 to respond to Plaintiff's Amended Motion To Compel Production of Documents. (Doc. 26.) Pursuant to Local Rule 7.1(B), Defendant represents that Plaintiff's counsel has been contacted and does not object to the relief requested in Defendant's motion.

Upon due consideration, it is **ORDERED**:

1. Defendant's Unopposed Motion For Extension Of Time To File Response In Opposition To Plaintiff's Amended Motion To Compel Production of Documents (Doc. 28) is **GRANTED**.

2. Defendants shall respond to Plaintiff's Amended Motion To Compel Production of Documents (Doc. 26) on or before **March 19, 2012**.

**DONE AND ORDERED** this 15th day of March, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge