IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK CIANCIOLO, D.O.,

    Plaintiff,

v.                                  CASE NO.: 1:11cv196-SPM/GRJ

AVMED, INC. d/b/a
AVMED HEALTH PLANS,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 57) and Northern District of Florida Local Rule 16.2(D), it is ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 10th day of May, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge